**Bobbie MAYS, Plaintiff, Appellant,**

v.

**NEW ENGLAND BAPTIST HOSPITAL, Defendant, Appellee.**

No. 00–2096.

United States Court of Appeals, First Circuit.

June 26, 2001.

Bobbie Mays, on brief pro se.

Nicholas DiGiovanni, Jr., Jaclyn L. Kugell, Maura D. McLaughlin, and Morgan, Brown & Joy, LLP, on brief for appellee.

Before TORRUELLA, Circuit Judge, BOWNES, Senior Circuit Judge, and LIPEZ, Circuit Judge.

PER CURIAM.

Upon *de novo* review of the judgment below in light of the record and the parties' arguments on appeal, we *affirm* substantially for the reasons stated in the district court's thorough and well-reasoned memorandum and order granting summary judgment to the defendant.

*Affirmed. See* Loc.R. 27(c).